UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT, and DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO: 2:19-CV-00079-MCE-DB<br><br>**ORDER RE PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF J.K. (Dkt. No. 3)** |

GOOD CAUSE APPEARING,

Petitioner Karin Kolb's petition for an order appointing her as guardian ad litem for Plaintiff J.K., a minor, is hereby GRANTED.

IT IS SO ORDERED.

Dated: February 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1