RONALD O. KAYE, SBN 145051
Email: rok@kmbllaw.com
MARILYN E. BEDNARSKI, SBN 105322
Email: mbednarski@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiffs
SAMUEL KOLB, J.K. AND KARIN KOLB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT, and DOES 1-10, INCLUSIVE, <br><br> Defendants. | No. 2:19-cv-00079-DB <br><br> **STIPULATION SEEKING LEAVE TO DISMISS THIRD CLAIM FOR RELIEF AGAINST COUNTY OF PLACER FOR *MONELL* VIOLATIONS AND SETTING DATE TO AMEND COMPLAINT FOR *MONELL* VIOLATIONS TO THE DATE OF THE FACT DISCOVERY CUT-OFF; ORDER** |

STIPULATION TO DISMISS MONELL VIOLATIONS                                    1

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Samuel Kolb, J.K, a minor, (by and through his Guardian ad Litem Karin Kolb) and Karin Kolb, through their counsel of record, Ronald Kaye and Marilyn Bednarski; and Defendants County of Placer and Deputy Curtis Honeycutt, through their counsel of record, Greg Warner, Deputy County Counsel, that:

1. Plaintiffs will hereby dismiss, without prejudice, the Third Claim for Relief – Deprivation of Civil Rights – 42 U.S.C. §1983 Against the County of Placer for *Monell* violations.

2. The reason behind Plaintiffs' request for dismissal of their *Monell* Claim is that at the filing stage, Plaintiffs do not have evidence to support their claim that a policy, practice, custom or procedure of the County of Placer was a motivating force behind the alleged constitutional violation of Defendant Honeycutt.

3. After performing discovery, Plaintiffs will determine whether there is a sufficient basis to allege a claim against the County of Placer based on a *Monell* theory of liability.

Accordingly, IT IS FURTHER STIPULATED by and between the parties that Plaintiffs' cut off for amending the Complaint to include a Claim for Relief against the County of Placer based on a *Monell* theory of liability will be at the date set for the discovery cut-off.

IT IS SO STIPULATED.

DATED:  February 28, 2019     Respectfully submitted,

**KAYE, McLANE, BEDNARSKI & LITT, LLP**

By: /s/  Ronald O. Kaye
    Ronald O. Kaye
    Attorneys for Plaintiffs

**PLACER COUNTY COUNSEL'S OFFICE**

By: _____*/s/ Gregory Warner*_____
      Gregory Warner
      Deputy County Counsel
      Attorneys for Defendants


ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  March 6, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/kolb0079.stip.am.ord

STIPULATION TO DISMISS MONELL VIOLATIONS             3