**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8**
**9** UNITED STATES DISTRICT COURT
**10** EASTERN DISTRICT OF CALIFORNIA
**11**

| | |
|---|---|
| **12** SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB,<br>**13**<br>**14**<br>**15** Plaintiff,<br>v.<br>**16**<br>**17** COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT, and DOES 1-10, INCLUSIVE,<br>**18**<br>**19** Defendants.<br>**20** | No: 2:19-cv-00079-DB<br><br>**ORDER RE JOINT STIPULATION TO EXTENDED PRETRIAL AND TRIAL CALENDAR** |

Order

GOOD CAUSE APPEARING, the parties' joint stipulation requesting a continuance of the pretrial and trial dates (ECF No. 38) is hereby GRANTED.

The Court sets the following new pretrial and trial dates:

| Matter | Proposed New Date |
|---|---|
| Trial (jury) | 11/30/20 |
| Final Pretrial Conference | 10/02/20 |
| Hearing on MSJ and last day Court will hear motions | 07/17/20 |
| Discovery Cut-off and Deadline for Plaintiff to Amend Complaint to include a *Monell* Claim | 05/29/20 |
| Rebuttal Expert Disclosures Due | 05/01/20 |
| Defendants' Expert Disclosures Due | 04/17/20 |
| Plaintiffs' Expert Disclosures Due | 04/03/20 |

IT IS SO ORDERED.

DATED: January 14, 2020              /s/ DEBORAH BARNES
                                     UNITED STATES MAGISTRATE JUDGE

Order