1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    SAMUEL KOLB, J.K., by and through his          No.  2:19-cv-0079 DB
      Guardian ad Litem, KARIN KOLB, and
12    KARIN KOLB,

13                   Plaintiffs,                     ORDER

14          v.

15    COUNTY OF PLACER; DEPUTY
      CURTIS HONEYCUTT,
16

17                   Defendants.

18

19          This action came before the undersigned on January 31, 2020, for hearing of plaintiffs'

20    December 20, 2019 motion to compel.[1]  Attorney Ronald Kaye appeared telephonically on behalf

21    of the plaintiffs.  Attorney Carl Fessenden appeared in person on behalf of the defendants.

22          Upon consideration of the arguments on file and those made at the hearing, and for the

23    reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

24          1.  Plaintiffs' December 20, 2019 motion to compel (ECF No. 36) is granted with respect

25    to RFP No. 30;

26    ////

27    _____

28    [1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28
      U.S.C. § 636(c).  (ECF No. 13.)

                                                    1

2. Defendants shall produce responsive documents within 28 days of the January 31, 2020 hearing; and

3. Plaintiffs' December 20, 2019 motion to compel (ECF No. 36) is denied without prejudice to renewal in all other respects.

Dated: January 31, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB: 6
DB/orders/orders.consent/kolb0079.oah.013120