UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT,<br><br>        Defendants. | No. 2:19-cv-0079 DB<br><br>ORDER |

This action came before the undersigned on February 14, 2020, for hearing of plaintiffs' January 24, 2020 motion to compel.[1]  Attorney Ronald Kaye appeared telephonically on behalf of the plaintiffs.  Attorney John Whitefleet appeared in person on behalf of the defendants.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' January 24, 2020 motion to compel (ECF No. 41) is granted; and

////

////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c).  (ECF No. 13.)

1

2. Defendants shall produce responsive documents within 28 days of the February 14, 2020 hearing.

Dated: February 14, 2020

  /s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB: 6
DB/orders/orders.consent/kolb0079.oah.021420