|   |   |
|---|---|
| SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT,<br><br>Defendants. | No. 2:19-cv-0079 DB<br><br>ORDER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On January 15, 2020, the court granted the parties' stipulation to continue various pretrial deadlines as well as the date set for trial in this action.[1] (ECF No. 39.) On March 31, 2020, the parties filed a stipulation and proposed order for a further continuation of those deadlines. (ECF No. 58.) The parties' stipulation proposes to amend every deadline in this action "without a change to the current trial date of November 30, 2020." (Id. at 2.) In this regard, the parties propose shortening the length of time between the final pretrial conference and commencement of trial from the current 8-week gap to a mere 4 weeks.

////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (ECF No. 13.)

1

1 | The court will not shorten the length of time between the final pretrial conference and the
2 | commencement of trial.  A sufficient length of time is necessary for the court to issue a final
3 | pretrial order, the parties to comply with all the provisions set forth in the pretrial order, the
4 | resolution of motions in limine, the preparation for trial by all involved, etc.  The court, therefore,
5 | will not grant the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that the parties' March 31, 2020 stipulation (ECF No. 58) is denied.

DATED:  April 2, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB: 6
DB/orders/orders.consent/kolb0079.stip.cont.den.ord