UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT,<br><br>Defendants. | No. 2:19-cv-0079 DB<br><br>ORDER |

On January 15, 2020, the court granted the parties' stipulation to continue various pretrial deadlines as well as the date set for trial in this action.[1] (ECF No. 39.) On March 31, 2020, the parties filed a stipulation and proposed order for a further continuation of those deadlines. (ECF No. 58.) On April 3, 2020, the court issued an order denying the parties' stipulation because the stipulation failed to allow adequate time between the final pretrial conference and commencement of trial. (ECF No. 59.)

On April 6, 2020, the parties' filed another stipulation to amend the schedule set in this action. (ECF No. 60.) This stipulation seeks to grant the parties' additional time for discovery

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (ECF No. 13.)

1

| | |
|---|---|
| 1 | and law and motion, while shortening the time between the close of law and motion and the final |
| 2 | pretrial conference.  (Id. at 3.) |
| 3 | The time allotted between the close of law and motion and the final pretrial conference is |
| 4 | necessary if the court is going to have any hope of resolving any motion for summary judgment |
| 5 | sufficiently in advance of the final pretrial conference for the court and the parties to prepare for |
| 6 | the final pretrial conference.  Adopting the parties' proposed stipulation would not allow for the |
| 7 | necessary time.  In short, granting the parties' stipulation would give the parties' additional time |
| 8 | to prepare their cases while taking from the court's time to prepare for trial.  The court will not |
| 9 | enter such an order.[2] |
| 10 | Accordingly, IT IS HEREBY ORDERED that the parties' April 6, 2020 stipulation (ECF |
| 11 | No. 60) is denied. |
| 12 | DATED:  April 7, 2020                                       /s/ DEBORAH BARNES |
| | UNITED STATES MAGISTRATE JUDGE |

DLB: 6
DB/orders/orders.consent/kolb0079.stip.cont.den2.ord

---

[2] To avoid any further confusion, the parties are advised that the court will not enter any order shortening the time between the close of law and motion, the final pretrial conference, and/or the commencement of trial.