**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF PLACER and DEPUTY CURTIS HONEYCUTT

RONALD O. KAYE, SBN 145051
Email: rok@kmbllaw.com
MARILYN E. BEDNARSKI, SBN 105322
Email: mbednarski@kmbllaw.com
LAURA F. DONALDSON, SBN 307638
Email: ldonaldson@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiffs
SAMUEL KOLB, J.K. AND KARIN KOLB

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB, <br><br> Plaintiff, <br> v. <br><br> COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT, and DOES 1-10, INCLUSIVE, <br><br> Defendants. | No: 2:19-cv-00079-DB <br><br> **JOINT STIPULATION – TO MODIFY SCHEDULING ORDER DATES AND ORDER** |

{02191304.DOC}

Joint Stipulation and Order

On April 6, 2020, the parties submitted a joint stipulation and proposed order to modify the Scheduling Order. [Doc 60] On April 8, 2020, the court denied the joint stipulation and proposed order because "granting the parties' stipulation would give the parties' additional time to prepare their cases while taking from the court's time to prepare for trial." [Doc 61] Specifically, the order states:

> "To avoid any further confusion, the parties are advised that the court will not enter any order shortening the time between the close of law and motion, and final pretrial conference, and/or the commencement of trial."

To address the concern raised by the court, the parties submit the following stipulation which keeps the pretrial conference as originally scheduled and **only** requests a change in discovery deadlines.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Samuel Kolb, J.K., by and through his Guardian ad Litem, Karin Kolb, and Karin Kolb, by and through their attorney of record, Kaye, McLane, Bednarski, & Litt, and Defendants County of Placer and Deputy Curtis Honeycutt, by and through their attorney of record, Porter Scott, that this Court continue the deadlines referenced below in the above matter.

Due to circumstances beyond the control of the parties regarding availability of witnesses due to Federal, State and local restrictions on social interactions due to the COVID-19 pandemic, the parties have encountered unfortunate delays in completing fact discovery necessary for preparation of expert reports, and therefore request a continuance in discovery cutoff. The parties further request modifications to the scheduling order. Therefore, the parties respectfully request that the dates and deadlines in the current scheduling order as modified by the Court on January 5, 2020, (Dkt. No. 39) be continued as follows, without a change to the current trial date of November 30, 2020[1][2]:

**PROPOSED EXTENSION OF PRETRIAL DATES**

| Matter | Current Date | Proposed New Date |
|---|---|---|
| Plaintiffs' Expert Disclosures Due | 4/03/20 | 5/08/20 |
| Defendants' Expert Disclosures Due | 4/17/20 | 5/22/20 |

---

[1] *See* Dkt. No. 38 at p. 4, ¶3.

[2] The parties reserve their rights to request continuation of the trial date for good cause shown.

{02191304.DOC}                                   1
Joint Stipulation and Order

| Matter | Current Date | Proposed New Date |
|---|---|---|
| Rebuttal Expert Disclosures Due[3] | 5/01/20 | 6/05/20 |
| Deadline for Plaintiff to Amend Complaint to include a *Monell* Claim[4] | 5/29/20 | 05/29/20 |
| Discovery Cut-off | 5/29/20 | 6/12/20 |

**IT IS SO STIPULATED.**

Date:  April 14, 2020          KAYE, McLANE, BEDNARSKI & LITT, LLP

By: */s/ Ronald O. Kaye*
  RONALD O. KAYE
  Attorneys for Plaintiffs

Date:  April 14, 2020          PORTER SCOTT

By:  /s/ Carl L. Fessenden
  CARL L. FESSENDEN
  JOHN R. WHITEFLEET
  Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:  April 15, 2020          /s/ DEBORAH BARNES
                UNITED STATES MAGISTRATE JUDGE

---

[3] The parties agree that rebuttal expert disclosure (with the proposed date of June 5, 2020) is for Plaintiffs to contradict or rebut Defendants' expert disclosure as set forth in FRCP, Rule 26(a)(2)(D)(ii), and not to express new opinions.

[4] Defendants reserve the right to continue the discovery deadline and/or continue the trial date to address Monell issues should plaintiff amend to include such a claim.