RONALD O. KAYE, SBN 145051
Email: rok@kmbllaw.com
MARILYN E. BEDNARSKI, SBN 105322
Email: mbednarski@kmbllaw.com
LAURA F. DONALDSON, SBN 307638
Email: ldonaldson@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiffs
SAMUEL KOLB, J.K. AND KARIN KOLB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT, and DOES 1-10, INCLUSIVE,<br><br>Defendants. | No. 2:19-cv-0079 DB<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO AMEND FIRST AMENDED COMPLAINT TO ADD A *MONELL* CLAIM** |

Joint Stipulation

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Samuel Kolb, J.K., by and through his Guardian ad Litem, Karin Kolb, and Karin Kolb, by and through their attorney of record, Kaye, McLane, Bednarski, & Litt, and Defendants County of Placer and Deputy Curtis Honeycutt, by and through their attorney of record, Porter Scott, that this Court continue the deadline for Plaintiffs to amend Plaintiffs' First Amended Complaint, from May 29, 2020 to June 5, 2020 (or whatever date the Court will hear Plaintiffs' Motion to Amend).

In support of same, the parties present the following:

1. On March 6, 2019, the Court approved the parties' stipulation [Dkt. No. 14] and ordered: "Plaintiffs' cut off for amending the Complaint to include a Claim for Relief against the County of Placer based on a *Monell* theory of liability will be at the date set for the discovery cut-off." [Dkt. No. 15]

2. On January 14, 2020, the Court approved the parties' stipulation to continue pretrial and trial dates. [Dkt. No. 39] In that Order, the Court continued the Discovery Cut-off and Deadline for Plaintiffs to Amend Complaint to include a *Monell* Claim to May 29, 2020.

3. On April 9, 2020, by way of video conference, Plaintiffs completed the Rule 30(b)(6) depositions of Defendants' persons most knowledgeable reflecting the policies, procedures, and training of the Placer County Sheriff's Office. The parties had been attempting to schedule the Rule 30(b)(6) depositions since February 7, 2020, but due the coronavirus health crisis, were unable to complete the deposition until the April 9th date.

4. On April 14, 2020, the Court approved the parties' stipulation to continue fact and expert discovery deadlines, and, in accordance with the parties' request, maintained the deadline for Plaintiffs to Amend Complaint to include a *Monell* Claim at May 29, 2020.

5. On April 16, 2020, Plaintiffs' counsel contacted the Court and was advised by the courtroom deputy that the first available date for the Court to hear a motion would be June 5, 2020.

6. On April 21, 2020, Plaintiffs received the transcripts of the Rule 30(b)(6) depositions of Defendants' persons most knowledgeable.

7. On April 21, 2020, Plaintiffs requested that the Defendants stipulate to amend the First Amended Complaint according to the evidence Plaintiffs obtained in discovery,

1

Joint Stipulation

setting out Plaintiffs' theory of *Monell* liability, or, in lieu of stipulating to amending the First Amended Complaint, stipulate to continue the deadline for Plaintiffs to amend the complaint to June 5, 2020, or the first date available by the Court to hear Plaintiffs' Motion to Amend.

8. On April 23, 2020, recognizing hearing scheduling issues relating to COVID-19, Defendants agreed to stipulate to a continuance of the deadline for Plaintiffs to amend the complaint to June 5, 2020, or the first date available by the Court to hear Plaintiffs' Motion to Amend. In so stipulating, Defendants do not waive, and reserve their rights to assert, any argument based on untimeliness.

**IT IS SO STIPULATED.**

Date: April 24, 2020         KAYE, McLANE, BEDNARSKI & LITT, LLP

By: /s/ *Ronald O. Kaye*
RONALD O. KAYE
Attorneys for Plaintiffs

Date: April 24, 2020         PORTER SCOTT

By: /s/ *Carl L. Fessenden*
CARL L. FESSENDEN
Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: April 27, 2020         /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2

Joint Stipulation