RONALD O. KAYE, SBN 145051
Email: rok@kmbllaw.com
MARILYN E. BEDNARSKI, SBN 105322
Email: mbednarski@kmbllaw.com
LAURA F. DONALDSON, SBN 307638
Email: ldonaldson@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiffs
SAMUEL KOLB, J.K. AND KARIN KOLB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT, and DOES 1-10, INCLUSIVE,<br><br>Defendants. | No. 2:19-cv-00079-DB<br><br>**STIPULATION AND ORDER RE DISMISSAL OF PLAINTIFF KARIN KOLB'S CLAIM FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** |

Pursuant to FRCP Rule 41(a)(1)(ii), the parties hereby stipulate to this Court's dismissal of Plaintiff Karin Kolb's claim for Intentional Infliction of Emotional Distress, only, against all Defendants, as alleged in Plaintiffs' First Amended Complaint (Dkt. 17), paragraphs 72 and 73.

IT IS SO STIPULATED.

Date:  May 27, 2020                KAYE, McLANE, BEDNARSKI & LITT, LLP


By:  */ s / Ronald O. Kaye*
    RONALD O. KAYE
    Attorneys for Plaintiffs

Date:  May 27, 2020                PORTER SCOTT

By:  /s/ *John Whitefleet*
    JOHN WHITEFLEET
    Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff Karin Kolb's claim for Intentional Infliction of Emotional Distress, only, against all Defendants, as alleged in Plaintiffs' First Amended Complaint (ECF No. 17), paragraphs 72 and 73, is hereby dismissed.

DATED:  May 27, 2020              /s/ DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE