1  **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
2  Carl L. Fessenden, SBN 161494
3  John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
4  Sacramento, California 95825
TEL: 916.929.1481
5  FAX: 916.927.3706
Attorneys for Defendants
6  COUNTY OF PLACER and DEPUTY CURTIS HONEYCUTT

7  **KAYE, McLANE, BEDNARSKI & LITT, LLP**
RONALD O. KAYE, SBN 145051
8  Email: rok@kmbllaw.com
MARILYN E. BEDNARSKI, SBN 105322
9  Email: mbednarski@kmbllaw.com
LAURA F. DONALDSON, SBN 307638
10 Email: ldonaldson@kmbllaw.com
975 East Green Street
11 Pasadena, California 91106
Tel: (626) 844-7660
12 Fax: (626) 844-7670

13 Attorneys for Plaintiffs
SAMUEL KOLB, J.K. AND KARIN KOLB
14

15

16                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
17

18 SAMUEL KOLB; J.K., by and through his        No. 2:19-cv-00079 DB
   Guardian ad Litem, KARIN KOLB; and
19 KARIN KOLB,                                  **JOINT STIPULATION AND ORDER TO
20                                              MODIFY PRE-TRIAL SCHEDULING
              Plaintiffs,                       ORDER**
21
22 v.

23 COUNTY OF PLACER; DEPUTY CURTIS
   HONEYCUTT, and Does 1 - 10, inclusive,
24
25            Defendants.
26 _____/

27

28

{02217773.DOCX}                               1

**JOINT STIPULATION AND ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Samuel Kolb, J.K., by and through his Guardian ad Litem, Karin Kolb, and Karin Kolb, by and through their attorney of record, Kaye, McLane, Bednarski, & Litt, and Defendants County of Placer and Deputy Curtis Honeycutt, by and through their attorney of record, Porter Scott, that this Court continue the deadlines in the above matter.

Good cause supports the modification of the deadlines.   Pursuant to the Courts' scheduling Order, the parties have now exchanged expert disclosures. Plaintiffs disclosed seven retained experts on May 8, 2020 and Defendants disclosed ten retained experts on May 22, 2020.  Given the number of experts, and that Defendants request the opportunity to depose Plaintiffs' experts after the disclosure of Plaintiffs' experts' Rebuttal Reports – presently scheduled for June 5, 2020, there is not sufficient time prior to the June 12, 2020 discovery cut-off for the parties to depose all the disclosed experts  In addition, due to 1) the number of experts, 2) the fact that it is impossible to fit the 17 depositions within the exiting compressed timeframe, particularly based on  the fact that many experts have expressed that they have preexisting scheduling conflicts, and 3) difficulties which have arose due to the present health crisis that has caused limited access to the experts , the parties have agreed to continue the disclosure of Plaintiffs' rebuttal reports, and  to have all expert discovery completed by July 17, 2020.   Moreover, counsel for Plaintiffs will be unavailable from June 12th to June 19th due to a medical issue pertaining to a family member, and thus additional time to conduct discovery is necessary.   Lastly, to accommodate these extensions, allow for expert discovery to be completed before Defendants' anticipated motion for summary judgment,[1] the parties have proposed dates which are spaced in accordance with the previously ordered trial and pre-trial dates (Dkt. 39), continuing the trial and pretrial dates to allow sufficient time for the Court to hear and consider all pretrial issues before trial. Accordingly, the parties are agreeing to move all dates as follows:

///

///

---

[1] The parties have agreed that: 1) the hearing on summary judgment will be scheduled on the last day to hear motions, 2) that Plaintiffs will have two and one half weeks from filing to file their Opposition, and 3) Defendants will have a week and one half from the filing of the opposition to reply, such that the Court will have at least two weeks after Defendants' Reply prior to the hearing to review the pleadings.

{02217773.DOCX}   2

**JOINT STIPULATION AND ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER**

**PROPOSED EXTENSION OF PRETRIAL DATES**

| Matter | Current Date | Proposed New Date |
| --- | --- | --- |
| Rebuttal Expert Disclosures | 06/5/2020 | 06/09/2020 |
| Discovery Cut-off | 06/12/2020 | 07/17/2020 |
| Last day to hear all motions | 07/17/2020 | 09/04/2020 |
| Final Pre-Trial Conference | 10/02/2020 | 11/20/2020 |
| Trial | 11/30/2020 | 01/19/2021[2] |

**IT IS SO STIPULATED.**

Date:  June 3, 2020                PORTER SCOTT

                                   By: /s/ John R. Whitefleet
                                        CARL L. FESSENDEN
                                        JOHN R. WHITEFLEET

                                   Attorneys for Defendants

Date:  June 3, 2020                KAYE, McLANE, BEDNARSKI & LITT, LLP
                                   By: */s/ Ronald O. Kaye* (authorized 05/29/2020)
                                        RONALD O. KAYE
                                   Attorneys for Plaintiffs

**ORDER**

GOOD CAUSE APPEARING, the parties' joint stipulation requesting modification of the Scheduling Order dates is hereby GRANTED.

**IT IS SO ORDERED.**

DATED:  June 3, 2020               /s/ DEBORAH BARNES
                                   UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff's lead counsel, Ronald Kaye, has advised Defendants and now the Court that there is a reasonable possibility he will not be available to try this case after January 2021, and therefore cannot stipulate to a later date for trial, but would rather retain the present trial schedule. If the Court so requests, Plaintiffs' counsel will provide the basis for this position in an under seal, in camera filing.

{02217773.DOCX}                             3

**JOINT STIPULATION AND ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706