UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB,<br><br>    Plaintiff,<br>        v.<br><br>COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT, and DOES 1-10, INCLUSIVE,<br><br>    Defendants. | CASE NO: 2:19-cv-00079-DB<br><br>ORDER RE PLAINTIFFS' *UNOPPOSED* REQUEST TO FILE REDACTED STATEMENT OF DISPUTED FACTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO FILE UNDER SEAL EXHIBITS 89 AND 90 (L.R. 140 and 141)<br><br>Hon. Deborah Barnes |

Good cause appearing, IT IS HEREBY ORDERED that plaintiffs' unopposed request to redact and to seal documents submitted August 7, 2020 is granted as follows:

1. Plaintiffs shall file a minimally redacted version of their Statement of Disputed Facts In Support of Opposition to Defendants' Motion for Summary Judgment, specifically redacting boxes numbered 22, 23, 33, 37, and 38.

2. Plaintiffs' unredacted Statement of Disputed Facts In Support of Opposition to Defendants' Motion for Summary Judgment shall be filed under seal.

3. Plaintiffs' Exhibits 89 and 90 shall be filed under seal.

Dated:  August 11, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders.consent/kolb0079.seal or