RONALD O. KAYE, SBN 145051
Email: rok@kmbllaw.com
MARILYN E. BEDNARSKI, SBN 105322
Email: mbednarski@kmbllaw.com
LAURA F. DONALDSON, SBN 307638
Email: ldonaldson@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiffs
SAMUEL KOLB, J.K. AND KARIN KOLB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOLB, J.K., by and through his Guardian ad Litem, KARIN KOLB, and KARIN KOLB,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF PLACER; DEPUTY CURTIS HONEYCUTT, and DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:19-cv-00079-DB<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT AND REQUEST TO EXTEND DEADLINE FOR FILING DISMISSAL DOCUMENTS PURUSUANT TO L.R. 160(b); [PROPOSED] ORDER**<br><br><br>Final Pre-Trial Conf.: 11/20/2020<br>Trial Date: 01/19/2021 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Eastern District of California Local Rule 160(a), Plaintiffs hereby notify the Court that the parties have reached a settlement in this matter. The parties are currently in the process of drafting and reviewing a settlement agreement. Once the settlement agreement is finalized and the settlement funds are paid, the parties will file a stipulation of dismissal, dismissing this case in its entirety, with prejudice. It is anticipated this process may take approximately 30-45 days.

1

In light of the requirements of Local Rule 161(b), which requires the filing of dismissal documents within 21 days from the date of the filing of the notice of settlement, Plaintiffs hereby respectfully request that the Court continue this deadline from October 22, 2020 to November 16, 2020.

Respectfully submitted,

KAYE, McLANE, BEDNARSKI & LITT, LLP

DATED: October 1, 2020    By   /s/ *Ronald Kaye*
                                                     RONALD KAYE
                                                     Attorney for Plaintiffs

## **[PROPOSED] ORDER**

Good cause appearing, the Plaintiffs' request to extend the deadline to file dismissal documents as required under Local Rule 160(b) is hereby GRANTED. The parties shall file dismissal documents on or before November 16, 2020.

IT IS SO ORDERED.

Date: _____

                                                     DEBORAH BARNES
                                                     UNITED STATES MAGISTRATE JUDGE